July 1, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

BOMA O. ALLISON, Appellant

NO. 14-13-00214-CV                    V.

SERVICE LLOYDS INSURANCE COMPANY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Service Lloyds Insurance Company, signed, November 16, 2012 was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Service Lloyds Insurance Company.

We further order this decision certified below for observance.